NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BAY AREA INJURY REHAB
SPECIALISTS, a.a.o. Modesto Arencibia,

  Petitioner,

v.           Case No. 2D18-260

PROGRESSIVE SELECT INSURANCE
COMPANY,

  Respondent.
_____

Opinion filed September 5, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Cheryl
Thomas, Judge.

David M. Caldevilla of de la Parte & Gilbert,
P.A., Tampa; Christopher P. Calkin and
Mike N. Koulianos of The Law Offices of
Christopher P. Calkin, P.A., Tampa; and J.
Daniel Clark of Clark Martino P.A., Tampa,
for Petitioner.

Michael C. Clarke and Betsy E. Gallagher
of Kubicki Draper, P.A., Tampa, for
Respondent.



PER CURIAM.

Denied.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.